

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____

**Signed October 23, 2018**                                  **United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANDREOLA TERAZZO AND | § | Case No. 18-31577-bjh |
| RESTORATION, INC., | § | Chapter 11 |
| | § | |
| *Debtor*. | § | |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF OCTOBER 24, 2018 (9:00 a.m.) HEARING ON MOTION UNDER 11 U.S.C. § 1112(b)(1) FOR DISMISSAL OR, ALTERNATIVELY FOR CONVERSION OF THE CASE TO CHAPTER 7

ON the *Unopposed Motion for Continuance of October 24, 2018 (9:00 A.M.) Hearing on Motion Under 11 U.S.C. § 1112(b)(1) for Dismissal Or, Alternatively for Conversion of the Case to Chapter 7* (the "Motion") filed by BRATSS (California Partnership) and Steve Sperber ("Movants") (Dkt. No. 107), it is:

**ORDERED** that the hearing on the *Motion under 11 U.S.C. § 1112(b)(1) for Dismissal Or, Alternatively for Conversion of the Case to Chapter 7* (Dkt. Nos. 53 and 54), currently scheduled for October 24, 2018, is hereby continued to **December 12, 2018 at 9:30 a.m**. before the United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas 75242.

# # #  END OF ORDER  # # #